[No. 25216-3-II.   Division Two.   August 3, 2001.]

SHARRON COX, ET AL., *Respondents*, v. KMART CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-08228-2, Vicki L. Hogan, J., entered October 8, 1999. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 25341-1-II.   Division Two.   August 3, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT HANCOCK, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-00430-1, William J. Kamps, J., entered November 5, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 25582-1-II.   Division Two.   August 3, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD DEAN KILBURN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-00901-1, Robert L. Harris, J., entered January 26, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 25585-5-II.   Division Two.   August 3, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LARRY MERTINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04106-4, Stephanie A. Arend, J., entered January 13, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Seinfeld, J.